JOHN W. HUBER, United States Attorney (#7226)
PAUL KOHLER, Assistant United States Attorney (#8224)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4263
paul.kohler@usdoj.gov

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

FEB 0 5 2018

D. MARK JONES, CLERK
BY_____
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BURTON RANDY CHEEK, JR., <br><br> Defendant. | FELONY INFORMATION <br><br> 2:18CR67 <br><br> VIOLATIONS: <br> 18 U.S.C. § 922(g), <br> Felon in Possession of Firearm and Ammunition. <br><br> 21 U.S.C. § 841(a), <br> Possession of Methamphetamine with Intent to Distribute. <br><br> 18 U.S.C. § 924(c), <br> Use and Carry Firearm During and in Relation to Drug Trafficking Crime. <br><br> 21 U.S.C. § 844, <br> Possession of Methamphetamine |

1

The United States charges:

## COUNT I
(Felon in Possession of Firearm and Ammunition)

On or about August 17, 2017, in the Central Division of the District of Utah,

**BURTON RANDY CHEEK, JR.,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition--that is a Hi-Point 9mm handgun and associated ammunition, all in violation of 18 U.S.C. § 922(g)(1) and punishable under 18 U.S.C. §§ 924(a)(2) and 924(e).

## COUNT II
(Possession of Methamphetamine with Intent to Distribute)

On or about August 17, 2017, in the Central Division of the District of Utah,

**BURTON RANDY CHEEK, JR.,**

defendant herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1), and punishable under 21 U.S.C. § 841(b)(1)(A).

2

## COUNT III
(Use and Carry Firearm During and In Relation to Drug Trafficking Crime)

On or about August 17, 2017, in the Central Division of the District of Utah,

**BURTON RANDY CHEEK, JR.,**

defendant herein, did knowingly use and carry a firearm during and in relation to a drug trafficking crime, as alleged in Count II of this Indictment, which count is incorporated by reference herein, all in violation of 18 U.S.C. § 924(c)(1).

## COUNT IV
(Felon in Possession of Firearm and Ammunition)

On or about November 6, 2017, in the Central Division of the District of Utah,

**BURTON RANDY CHEEK, JR.,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition--that is a Taurus .38 caliber handgun and associated ammunition, all in violation of 18 U.S.C. § 922(g)(1) and punishable under 18 U.S.C. §§ 924(a)(2) and 924(e).

## COUNT V
(Possession of Methamphetamine)

On or about November 6, 2017, in the Central Division of the District of Utah,

**BURTON RANDY CHEEK, JR.,**

defendant herein, did knowingly and intentionally possess methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 844, and punishable under 21 U.S.C. § 844.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of the offenses in Counts I-IV, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), all firearms or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922, 18 U.S.C. § 924(c), or 21 U.S.C. § 841(a)(1), including but not limited to the firearms listed in Counts I and IV.

JOHN W. HUBER
United States Attorney

_____
PAUL KOHLER
Assistant United States Attorney